**Opinion issued November 21, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00938-CV**

———————————

## IN RE BAYWATER DRILLING, LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

On July 13, 2023, real parties in interest, Paula Crofford, Individually, and as Personal Representative of the Estate of Anthony Crofford, and Hunter Crofford and Julianna Crofford, filed a letter advising the Court that the parties had reached a tentative settlement and were finalizing settlement documents.[1] On October 26,

---

[1] The underlying case is *Paul Crofford, Individually, and as Personal Representative of the Estate of Anthony Crofford, Hunter Crofford, and Julianna Crofford v. Baywater Drilling, LLC and Hilcorp Energy Company*, cause number

2023, relator, Baywater Drilling, LLC, filed an unopposed motion to dismiss the petition for writ of mandamus and the motion to stay.

We grant relator's motion and dismiss the petition for writ of mandamus. All pending motions, including the motion for an emergency stay, are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.

---

2021-11752, pending in the 80th District Court of Harris County, Texas, the Honorable Jeralyn Manor presiding.